# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

LINDA MATZKE,

        Plaintiff,

    v.                                          Case No.  14-C-975

CAROLYN W. COLVIN,
Commissioner of Social Security,

        Defendant.

---

## ORDER

Plaintiff has filed a complaint seeking review of the decision of the Commissioner of Social Security. Plaintiff has requested leave to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915. An indigent plaintiff may commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1). Plaintiff filed the required affidavit of indigence. Upon review of that affidavit it appears plaintiff has more assets and equity than the typical social security plaintiff requesting waiver of fees. Plaintiff lists a $10,000 pontoon boat, $16,000 equity in their home, and a $34,000 annuity. In addition, expenses include $100.00 per month for clothing, $100.00 per month for home maintenance, and $400.00 per month for gasoline. The Court notes, however, that the income listed for the Petitioner is from a retirement fund, and her spouse's income is derived from disability compensation. It is unclear, then, if the large gasoline expense is for recreational use or necessitated for some other purpose. Without such information, the Court

is unable to grant the request to proceed *in forma pauperis*. Accordingly, Plaintiff's request to proceed *in forma pauperis* is **DENIED .** Plaintiff is to pay the $400.00 filing fee or, if additional information could shed light on the matter, file an amended motion to proceed *in forma pauperis* within 21 days of this Order or the matter will be dismissed.

Dated this  13th  day of August, 2014.

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court