UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LINDA MATZKE,

        Plaintiff,

v.                                             Case No. 14-C-975

CAROLYN W. COLVIN,
Commissioner of Social Security,

        Defendant.

## ORDER

Plaintiff has filed a complaint seeking review of the decision of the Commissioner of Social Security as well as a motion for leave to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915. This Court denied the original motion and ordered Plaintiff to either pay the filing fee or supply additional information to clarify the request. Plaintiff has now filed a letter supplementing the original request for waiver of fees, and based upon the additional information provided the Court concludes that she is indigent and unable to pay the filing fee required. Accordingly, **IT IS HEREBY ORDERED** that plaintiff's request to proceed *in forma pauperis* is **GRANTED.**

**IT IS FURTHER ORDERED** that the clerk shall serve a copy of the complaint and this order on the Commissioner of Social Security.

Dated this   25th   day of August, 2014.

                                                            s/ William C. Griesbach
                                                            William C. Griesbach, Chief Judge
                                                             United States District Court